FILED'07 MAY 11 15:19USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ROBERT F. BURY,                )
                               )   Civ. No. 06-3081-PA
           Plaintiff,          )
                               )   **JUDGMENT**
     v.                        )
                               )
NORTHERN OUTFITTERS, LLC,      )
                               )
           Defendant.          )

Based on the record, this action is dismissed without prejudice for lack of personal jurisdiction.

IT IS SO ORDERED.

DATED this _11_ day of May, 2007.

_____
OWEN M. PANNER
United States District Judge

1 - JUDGMENT